SHIPLEY-HOLLINS Co., INC., Respondent, *v.* PHILIP MILLER et al., Doing Business under the Firm Name of GOLD BRAND WAIST COMPANY, Appellants.

*Contract — sale — action to recover for refusal to accept delivery of goods sold.*

*Shipley-Hollins Co., Inc.,* v. *Miller,* 211 App. Div. 846, affirmed.

(Argued May 14, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover for refusal to accept goods alleged to have been purchased by defendants from the plaintiff. It was alleged that on January 29, 1920, the defendants gave plaintiff a written order for 220 pieces of cotton goods at a minimum price of seventy-five cents a yard, delivery to be made about the following November or December. During the spring and summer of 1920 the cotton market collapsed, so that in November and December these goods had fallen to eighteen cents per yard, and the defendants refused to accept delivery.

*Eugene L. Bondy* and *F. Sidney Williams* for appellants.

*Alfred L. Marilley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN RUSSO, Appellant.

(Submitted June 1, 1925; decided June 2, 1925.)

Motion for re-argument denied. (See 239 N. Y. 548, 604.)